**Ronald FOSTER, Plaintiff–Appellant,**

v.

**E. MERAZ; et al., Defendants–Appellees.**

**No. 08–15857.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 1, 2009.

Ronald Foster, Susanville, CA, pro se.

Megan R. O'Carroll, AGCA—Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Ronald P. Foster, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that prison guard Meraz violated his Eighth Amendment rights by depriving him of meals. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment on Foster's Eighth Amendment claim because Foster failed to raise a genuine issue of material fact as to whether he received adequate nutrition. *See Hudson v. McMillian,* 503 U.S. 1, 9, 112 S.Ct. 995, 117 L.Ed.2d 156 (1992) ("[O]nly those deprivations denying the minimal civilized measure of life's necessities are sufficiently grave to form the basis of an Eighth Amendment violation."); *LeMaire v. Maass,* 12 F.3d 1444, 1456 (9th Cir.1993) ("The Eighth Amendment requires only that prisoners receive food that is adequate to maintain health.").

Foster's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.